Argued November 29, affirmed November 29, 1971

STATE OF OREGON, *Respondent, v.* CURTIS
HOWARD LOCKWOOD (No. 70-1643-C),
*Appellant.*

490 P2d 1283

*Gary D. Babcock,* Public Defender, Salem, argued
the cause and filed the brief for appellant.

*Jim G. Russell,* Assistant Attorney General, Salem,
argued the cause for respondent. With him on the brief
were Lee Johnson, Attorney General, John W. Osburn,
Solicitor General, and Robert L. Misner, Assistant Attorney General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and FORT,
Judges.

AFFIRMED FROM THE BENCH.